

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:14-CR-046-APG-(CWH) |
| BRANDON T. OATS, | ) ) |
| Defendant. | ) ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant BRANDON T. OATS pled guilty to Counts One and Two of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and in Count Two with Bank Fraud in violation of Title 18, United States Code, Section 1344. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant BRANDON T. OATS agreed to the imposition of the in personam criminal forfeiture money judgment of $296,482.51 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, not to be held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that BRANDON T. OATS shall pay an in personam criminal forfeiture money judgment of $296,482.51 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section

///

2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRANDON T. OATS an in personam criminal forfeiture money judgment of $296,482.51.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 18th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE