1  DRUMMOND LAW FIRM
2  Craig W. Drummond, Esq.
   Nevada Bar No. 11109
3  810 S. Casino Center Blvd, Suite 101
   Las Vegas, NV 89101
4  T: (702) 366-9966
   F: (702) 508-9440
5  Craig@DrummondFirm.com
6  *Appointed Attorney for Defendant Oats*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:14-cr-00046-APG-CWH |
| ) | |
| vs. ) | |
| ) | **STIPULATION AND ORDER** |
| BRANDON T. OATS ) | **TO CONTINUE SENTENCING** |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between CRAIG W. DRUMMOND, ESQ., attorney for Defendant BRANDON OATS, and DANIEL SCHIESS, Assistant United States Attorney for Plaintiff, that the Sentencing and Disposition currently set for May 16, 2017 be reset to August 16, 2017, the same Sentencing date as co-defendant Abner J. Thompson, Jr.

This Stipulation is entered into for the following reasons:

1. Defendant Oats is not currently incarcerated and does not object to this continuance.

2. Sentencing and Disposition of co-defendant Abner J. Thompson, Jr. was re-set to August 16, 2017.

3. Defendant Oats is requesting to be Sentenced on the same date as his co-defendant, Thompson.

Page 1

DRUMMOND LAW FIRM
810 S. CASINO CENTER BLVD, SUITE 101
LAS VEGAS, NEVADA 89101
DRUMMONDFIRM.COM

4. Defense counsel for Mr. Oats has spoken to Daniel Schiess, Assistant United States Attorney, and he has no objection to this continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the parties' first stipulation to continue Sentencing in this matter.

DATED this 15th day of May, 2017.

By: __/ s /   Craig W. Drummond_____
CRAIG W. DRUMMOND, ESQ.
810 S. Casino Center Blvd, Suite 101
Las Vegas, NV 89101
*Attorney for Defendant Oats*

By: __/ s /   Daniel Schiess_____
DANIEL SCHIESS, ESQ.
333 S. Las Vegas Blvd., #5000
Las Vegas, NV 89101
*Assistant United States Attorney*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff,                       )  Case No.: 2:14-cr-00046-APG-CWH
                                     )
vs.                                  )
                                     )  **ORDER TO CONTINUE**
BRANDON T. OATS                      )  **SENTENCING**
                                     )
    Defendant.                       )
_____)

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Defendant Oats is not currently incarcerated and does not object to this continuance.

2. Sentencing and Disposition of co-defendant Abner J. Thompson, Jr. was re-set to August 16, 2017.

3. Defendant Oats is requesting to be Sentenced on the same date as his co-defendant, Thompson.

4. Defense counsel for Mr. Oats has spoken to Daniel Schiess, Assistant United States Attorney, and he has no objection to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **CONCLUSIONS OF LAW**

For all of the above-stated reasons, the ends of justice would best be served by granting a continuance of the current Sentencing and Disposition date to August 16, 2017.

## ORDER

IT IS THEREFORE ORDERED, that the current Sentencing and Disposition date of June 16, 2016 be vacated and continued to August 16, 2017 at the hour of  9:30 a.m.   in Courtroom  6C   .

DATED this  15th  day of   May        , 2017.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2017, the undersigned served the foregoing STIPULATION & ORDER TO CONTINUE SENTENCING on all counsel herein by causing a true copy to be served via the CM/ECF system.

      / s /    April Drummond
An Employee of DRUMMOND LAW FIRM