```
                                          FILED           RECEIVED
                                          ENTERED         SERVED ON
                                                 COUNSEL/PARTIES OF RECORD

                                               AUG 16 2017

                                          CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                       BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-046-APG-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| BRANDON T. OATS, | |
| Defendant. | |

This Court found that Brandon T. Oats shall pay the in personam criminal forfeiture money judgment of $296,482.51, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 74; Plea Agreement, ECF No. 75; Preliminary Order of Forfeiture, ECF No. 76.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Brandon T. Oats the in personam criminal forfeiture money judgment of $296,482.51 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 16 day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE